# M A N D A T E

**THE STATE OF TEXAS**

**TO THE 111TH JUDICIAL DISTRICT COURT OF WEBB COUNTY, GREETINGS:**

Before our Court of Appeals for the Fourth District of Texas on October 15, 2014, the cause upon appeal to revise or reverse your judgment between

Osiela G. Villarreal, Individually and as Representative of the Estate of Jose Rodriguez, Deceased and as Next Friend of Nayeli M. Rodriguez and Noemi M. Rodriguez, Minor Children and Marisela Trevino Rodriguez, Appellant

V.

Troy Construction LLC, Appellee

No. 04-13-00832-CV and Tr. Ct. No. 2010-CVT-001888-D2

was determined, and therein our said Court of Appeals made its order in these words:

**In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that appellee recover its costs in this appeal from appellants.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

WITNESS the Hon. Sandee Bryan Marion, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on March 9, 2015.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 53853

BILL OF COSTS

# TEXAS COURT OF APPEALS, FOURTH DISTRICT, AT SAN ANTONIO

No. 04-13-00832-CV

**Osiela G. Villarreal, Individually and as Representative of the Estate of Jose Rodriguez, Deceased and as Next Friend of Nayeli M. Rodriguez and Noemi M. Rodriguez, Minor Children and Marisela Trevino Rodriguez**

v.

**Troy Construction LLC**

(NO. 2010-CVT-001888-D2 IN 111TH JUDICIAL DISTRICT COURT OF WEBB COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| MOTION FEE | $10.00 | E-PAID | GEOFFREY COURTNEY |
| MOTION FEE | $10.00 | E-PAID | JOHN MELTON |
| MOTION FEE | $10.00 | E-PAID | JOHN MELTON |
| REPORTER'S RECORD | $7,926.50 | PAID | $5,500 |
| CLERK'S RECORD | $134.00 | PAID | JOHN F MELTON |
| INDIGENT | $25.00 | E-PAID | WYLIE KUMIER |
| STATEWIDE EFILING FEE | $20.00 | E-PAID | WYLIE KUMIER |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | E-PAID | WYLIE KUMIER |
| FILING | $100.00 | E-PAID | WYLIE KUMIER |

**Balance of costs owing to the Fourth Court of Appeals, San Antonio, Texas: 0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **KEITH E. HOTTLE,** CLERK OF THE FOURTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fourth District of Texas, this March 9, 2015.

**KEITH E. HOTTLE, CLERK**

Cynthia A. Martinez
Deputy Clerk, Ext. 53853